# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DEXTER PEACOCK

Docket No. 3:02CR00026(SRU)

FILED 2008 JAN -8 A 11:51

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Joseph Zampano, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dexter Peacock who was sentenced to 48 months' incarceration for a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) by the Honorable Stefan R. Underhill, U.S. District Judge, sitting in the court at Bridgeport on November 19, 2002 who fixed the period of supervision at 3 years which commenced on March 17, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) That defendant participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer, which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in an amount to be determined by the probation officer; 2) that defendant participate in vocational or educational training as approved by the probation officer. Defendant shall pay all or a portion of the costs associated with said vocational/educational training, based on his ability to pay, in an amount to be determined by the probation officer; and 3) the defendant shall pay a fine in the amount of $1,200.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

**Charge #1: Standard Condition:** "The defendant shall not commit another federal, state or local offense."
The defendant was arrested by Bridgeport Police on December 14, 2007 and charged with Sale of Certain Illegal Drugs, Sale of a Controlled Substance, and Use of Drug Paraphernalia. The defendant was given a promise to appear and instructed to report to Bridgeport Superior Court on December 17, 2007. The defendant failed to appear in Bridgeport Superior Court on December 17, 2007 at which time the court ordered a re-arrest and imposed a bond of $100,000.

**Charge #2: Standard Condition:** "The defendant shall notify the Probation Office within 72 hours of being arrested or questioned by a law enforcement officer." The defendant did not notify the Probation Office of his December 14, 2007 arrest by Bridgeport Police.

**Charge #3: Standard Condition:** "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer." According to the Bridgeport Police Department report, the defendant was associating with an individual named Terence Davis who was also arrested in this case. Mr. Davis was charged with Possession of Marijuana and Possession of Drug Paraphernalia.

**Charge #4: Standard Condition:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such items except as prescribed by a physician." According to the Bridgeport Police Department report, officers found the defendant in possession of 4.1 grams of crack cocaine and 0.3 grams of marijuana. Police later found 3.7 grams of crack cocaine, 6 grams of marijuana, and a "digi weigh" electronic scale at the defendant's home.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this 8th day of January 2008, and ordered filed and made a part of the records in the above case.

Stefan R. Underhill
United States District Judge

Sworn to By
Joseph Zampano
United States Probation Officer

Place Bridgeport, Connecticut
Date January 8, 2008

Before me, the Honorable Stefan R. Underhill, United States District Judge, on this 8th day of January 2008 at Bridgeport, Connecticut, U.S. Probation Officer Joseph Zampano appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

Stefan R. Underhill
United States District Judge